UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:09-CR-88-1BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| JEFFREY WINSTON LEWIS | ) | |

Upon the motion of the Government, and for the reasons set forth therein, and consistent with the opinion of the United States Court of Appeals for the Fourth Circuit in <u>United States v. Simmons</u>, 649 F.3d 237 (4th Cir. 2011)(en banc), the Indictment in this action is hereby dismissed.

This the 9 day of January, 2012.

TERRENCE W. BOYLE
United States District Judge